**UNITED STATES of America,
Appellee,**

v.

**Michael HUBBARD, Appellant.**

No. 03–3028.

United States Court of Appeals,
Eighth Circuit.

Submitted March 5, 2004.

Decided April 6, 2004.

Robert Lee Teig, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

Michael Hubbard, Federal Correctional Institution, Pekin, IL, pro se.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Michael Hubbard appeals the sentence the district court[1] imposed upon revoking his supervised release. After carefully reviewing the record, we conclude the district court considered the relevant sentencing factors, see 18 U.S.C. § 3583(e)(3) (2000) (referencing 18 U.S.C. § 3553(a) factors to consider in revoking supervised release), and did not abuse its discretion by imposing a sentence above the suggested Guidelines range, see *United States v. Shepard*, 329 F.3d 619, 621 (8th Cir.2003); *United States v. Shaw*, 180 F.3d 920, 923 (8th Cir.1999) (per curiam). Accordingly, we affirm, and we grant counsel's motion to withdraw.

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.